**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LUH YU REN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-444 |
| | § | |
| THE UNIVERSITY OF HOUSTON AT VICTORIA, | § | |
| *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER**

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on December 26, 2017. Dkt. 17. Defendants filed a motion to dismiss. Dkt. 9. Ren responded. Dkt. 10. The Magistrate Judge recommends that defendants' motion be granted in part and denied in part. Dkt. 17. Neither party filed any objections to the M&R. After reviewing the M&R, the motion, the response, and the applicable law, the court agrees with the Magistrate Judge that defendants' motion should be granted in part and denied in part. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and defendants' motion to dismiss is GRANTED IN PART and DENIED IN PART. Ren's claims under the ADEA, ADA, and TCHRA (counts 2, 4–8, 10–12) are DISMISSED WITH PREJUDICE. The motion is otherwise DENIED.

Signed at Houston, Texas on January 10, 2018.

_____
Gray H. Miller
United States District Judge