# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| LUH YU REN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-444 |
| | § | |
| THE UNIVERSITY OF HOUSTON AT VICTORIA, *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Pending before the court is a memorandum and recommendation ("M&R") entered by Magistrate Judge Nancy Johnson on March 9, 2018. Dkt. 25. Defendants filed a motion to dismiss plaintiff Luh Yu Ren's request for punitive damages. Dkt. 18. The Magistrate Judge recommends that defendants' motion be granted. Dkt. 25. Neither party filed objections to the M&R. After reviewing the M&R, motion, response, reply, and applicable law, the court agrees with the Magistrate Judge that defendants' motion should be granted. The court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R is ADOPTED IN FULL, and defendants' motion to dismiss (Dkt. 18) is GRANTED. Ren's claim for punitive damages is DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on March 27, 2018.

Gray H. Miller
United States District Judge