**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| LUH YU REN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-17-444 |
| | § | |
| THE UNIVERSITY OF HOUSTON AT VICTORIA, *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is a memorandum and recommendation by Magistrate Judge Nancy K. Johnson ("M&R"). Dkt. 50. The M&R recommends granting Defendants' motion for summary judgment (Dkt. 40).

Objections to the M&R were due on August 15, 2019, but the parties have not filed any objections to date. *See* Dkt. 50. "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *See* Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). The court, having reviewed the motion, M&R, record evidence, and applicable law, and having received no objections, finds no clear error. Thus, the court ADOPTS IN FULL the M&R (Dkt. 50). For the reasons stated in the M&R, Defendants' motion for summary judgment (Dkt. 40) is GRANTED.

Signed at Houston, Texas on August 19, 2019.

_____
Gray H. Miller
Senior United States District Judge